**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KATHERINE TAMAYO GONZALEZ,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-787-J** |
| | ) | |
| **JOSH JOHNSON et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## <u>ORDER</u>

Currently before the Court is a Notice of Admission to Practice Before the Court and Motion to Waive Local Counsel Requirement filed by Lorena Villalon. *See* ECF No. 12. Having certified that counsel is familiar with this Court's local rules and has litigated a number of immigration habeas cases, the Court excuses counsel from this requirement. *See* LCvR83.3(c). The Motion **(ECF No. 12)** is **GRANTED**.

**IT IS SO ORDERED** on June 3, 2026.

_____

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE