**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| KATHERINE TAMAYO GONZALEZ,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-787-J |

## ORDER

On August 5, 2026, Respondents filed a Notice [Doc. No. 15], advising the Court that Petitioner was going to be transferred outside this judicial district and subsequently removed from the United States. The Court ORDERS Respondents to advise the Court as to whether Petitioner has been removed from the United States, and if not, whether Petitioner remains in this judicial district. Said advisement shall be filed on or before August 20, 2026.

IT IS SO ORDERED this 18th day of August, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE